# 405

No. 39390.—Protest 943045–G of New York Merchandise Co., Inc. (New York).

Opinion by Sullivan, J. On the authority of *Freeman* v. *United States* (T. D. 48683) the protest was sustained.

Before the Second Division, September 20, 1938

No. 39391.—Protest 924290–G of Cambridge Handkerchief Works, Inc. (New York).

Opinion by Tilson, J. There was no evidence as to whether the handkerchiefs in question are valued at 45 cents or more per dozen or at 80 cents or more per dozen, but it appeared that they are hand embroidered. On the record presented all the claims were overruled and the handkerchiefs were held dutiable at 4 cents each and 40 percent ad valorem.

No. 39392.—Protests 189731–G, etc., of Lewis & Locke et al. (New York).

Opinion by Tilson, J. It was found that certain of the gloves are in chief value of cotton, sueded and warp knit, similar to those involved in *Kayser* v. *Pevny* (13 Ct. Cust. Appls. 479, T. D. 41368). They were therefore held dutiable at the appropriate rate under paragraph 915 as claimed.

No. 39393.—Protests 176484–G, etc., of Jas. McCreery & Co. et al. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) wool knit lace wearing apparel similar to that the subject of Abstract 16064 at the appropriate rate under paragraph 1114; (2) bands and flouncings in chief value of artificial silk similar to the merchandise held dutiable as compounds of cellulose in Abstract 37230 at 60 percent under paragraph 31; and (3) embroidered silk net galloons, embroidered cotton net trimmings, and embroidered silk motifs at 75 percent under paragraph 1430, Abstract 12555 followed.

No. 39394.—Protests 442722–G, etc., of M. B. Daniels & Co. et al. (New York).

Opinion by Tilson, J. The record established that the merchandise consists of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.